02D02-2304-CT-000293
Allen Superior Court 2
Filed: 4/24/2023 3:40 PM
Clerk
Allen County, Indiana
BB
USDC IN/ND case 1:23-cv-00201-HAB-SLC   document 5   filed 04/24/23   page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |
| | | |
| CHERESE SHAMBLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN SENIOR | ) | |
| COMMUNITIES, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges against Defendant that:

1. The Plaintiff is Cherese Shambly, an African American/Black female who worked as a Certified Nursing Assistant for Defendant American Senior Communities, L.L.C., d/b/a Bethlehem Woods Nursing & Rehab.

2. Defendant American Senior Communities, L.L.C., d/b/a Bethlehem Woods Nursing & Rehab, is a corporation authorized to do business in the State of Indiana, and does so at 4430 Elsdale Drive, Fort Wayne, Indiana 46835. Defendant is an "employer" for purposes of 42 U.S.C. § 1981.

3. Plaintiff contends that she was discriminated against and mistreated on account of her race and color and that Caucasian CNAs were treated more favorably than her in that Respondent ignored Complainant's requests to help take care of residents on a daily basis but allowed Caucasian CNAs do help. Defendant neglected to investigate incidents regarding patient care brought up by Plaintiff and swept them under the rug as if nothing happened. There were two occasions when residents broke their necks

(and one actually passed away) as a result of a Caucasian CNA leaving the bed up too high, and those situations were not addressed. There was another occasion when a group of CNAs sat at a nursing station and discussed residents in a foul manner in front of a resident's relative who recorded and reported them to the DON, but nothing happened.

4. Plaintiff made many complaints about the mistreatment of residents, including beds set too high, beds covered in urine and feces, blisters on their bodies from neglect, and other abusive and neglectful situations which nothing was done about. Plaintiff reported abuse and neglect, and then was terminated out of retaliation for reporting them.

5. Due to lack of staffing, Plaintiff had to split her time between different halls, and there was an incident where a resident's family member accused Plaintiff of not answering a call light one time, because Plaintiff had to go to the other hallway. When Plaintiff tried to answer the family member's questions, the family member became very disrespectful to Plaintiff – and quite unbelievably, Plaintiff was written up for this situation, and in fact, the Executive Director/Director of Nursing indicated that they were terminating Plaintiff, whereas in the case of similarly situated Caucasian CNAs who were accused of much worse treatment, nothing happened.

6. Plaintiff alleges that she suffered disparate discipline and racially discriminatory treatment because of her color and race, and because she advocated for the residents for whom she worked and served.

7. Due to the discriminatory and retaliatory termination, and because Defendant

terminated Plaintiff for reporting illegalities and refusing to obey illegal orders, Plaintiff lost her job and job-related benefits including income. Plaintiff suffered pecuniary damages, mental anguish, emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries for which she seeks compensatory damages.

8. Defendant's actions were intentional and in reckless disregard of Plaintiff's federally protected rights under 42 U.S.C. § 1981 warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

### JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:         cmyers@myers-law.com
Counsel for Plaintiff